UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM FRIERSON,

      Petitioner,

v.                                                                                          CASE NO. 4:26-CV-10121
                                                                             HON. F. KAY BEHM

FEDERAL BUREAU OF PRISONS, et al.,

      Respondents.
_____/

## JUDGMENT

The above-entitled matter having come before the Court on a petition for a writ of habeas corpus, the Honorable F. Kay Behm, United States District Judge, presiding, and in accordance with the Opinion and Order entered on this date;

**IT IS ORDERED AND ADJUDGED** that the petition for a writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED.**

Dated:  January 16, 2026                                      s/F. Kay Behm
                                                                                                 F. Kay Behm
                                                                                                  United States District Judge